# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXIS FLORES and VIRGINIA GOOLD,<br>for themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br><br>EAGLE DINER CORP., JAMES ROKOS,<br>MARIA ROKOS, MARKO ROKOS and ZISI ROKOS,<br>Defendants. | Case No. 18-cv-01206-AB |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY CLASS AND COLLECTIVE ACTION SETTLEMENT APPROVAL

For the reasons stated in the attached Memorandum of Law, Plaintiffs Alexis Flores and Virginia Goold respectfully submit this unopposed Motion seeking entry of an Order preliminarily approving the Parties' proposed settlement in the above-captioned class and collective action lawsuit and authorizing the prompt dissemination of the Parties' agreed-upon Settlement Notice to all members of the putative Collective and the putative Pennsylvania Class.

Respectfully Submitted,

Date:   January 30, 2019

*/s/ David J. Cohen*
David J. Cohen
**STEPHAN ZOURAS, LLP**
604 Spruce Street
Philadelphia, PA 19106
215.873.4836

James B. Zouras (*pro hac vice*)
Haley R. Jenkins (*pro hac vice*)
**STEPHAN ZOURAS, LLP**
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
312.233.1550

**ATTORNEYS FOR PLAINTIFFS AND THE CLASS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2019, a true and correct copy of the foregoing pleading has been served on all counsel of record by electronically filing this document and all attachments via the Court's ECF system.

                                                            */s/ David J. Cohen*