IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ALEXIS FLORES and VIRGINIA GOOLD, for themselves and all others similarly situated, Plaintiffs, v. EAGLE DINER CORP., JAMES ROKOS, MARIA ROKOS, MARKO ROKOS and ZISI ROKOS, Defendants. | Case No. 18-cv-01206-AB |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL SETTLEMENT APPROVAL**

For the reasons set forth in their accompanying Memorandum of Law, Plaintiffs Alexis Flores and Virginia Goold, through their counsel, respectfully submit this Unopposed Motion for Final Approval of the Parties' proposed settlement in the above-captioned lawsuit.

Respectfully submitted,

Dated: February 11, 2020

*/s/ David J. Cohen*
David J. Cohen
STEPHAN ZOURAS LLP
604 Spruce Street
Philadelphia, PA 19106
(215) 873-4836

James B. Zouras
STEPHAN ZOURAS, LLP
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
(312) 233-1550

*Class Counsel*

1

## **CERTIFICATE OF SERVICE**

I hereby certify this 11th day of February 2020, that a true and correct copy of Plaintiffs' Unopposed Motion for Final Settlement Approval has been served on all counsel of record by electronically filing this document and all attachments via the Court's ECF system.

*/s/ David J. Cohen*
David J. Cohen
STEPHAN ZOURAS LLP
604 Spruce Street
Philadelphia, PA 19106
(215) 873-4836